**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 26 2006

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LINO AVALOS-MARIN,<br><br>    Defendant. | CRIMINAL NO. 06-1571 JB<br><br>8 U.S.C. §§ 1326(a)(1) and (2); and<br>8 U.S.C. § 1326(b)(2): Reentry of Deported Alien Previously Convicted of an Aggravated Felony |

## INFORMATION

The United States Attorney charges:

On or about the 27th day of April, 2006, the defendant, **LINO AVALOS-MARIN**, an alien, was found in Grant County, in the State and District of New Mexico, contrary to law in that the defendant had been convicted of an aggravated felony as defined in 8 U.S.C. § 1101(a)(43), that being Assault on a Peace Officer/Deadly Weapon, and thereafter had been deported, excluded and removed and departed the United States on or about April 13, 2004, while an Order of Exclusion, Deportation and Removal was outstanding, and the said defendant had not obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, pursuant to 6 U.S.C. §§ 202(3), 202(4) and 557, for reapplication by the defendant for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a)(1) and (2), and 8 U.S.C. § 1326(b)(2).

DAVID C. IGLESIAS
United States Attorney

*Shannon R. Kimball for*
ROBERTO D. ORTEGA
Assistant United States Attorney
P. O. Box 607
Albuquerque, NM 87103
505-346-7274